IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02449-WYD-MJW

GARY E. JORDAN,

    Plaintiff,

v.

AIMS COMMUNITY COLLEGE,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER is before the Court on the Stipulated Motion to Dismiss With Prejudice (docket #11), filed February 2, 2010.  After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulated motion should be granted and this matter should be **DISMISSED WITH PREJUDICE**.  Accordingly, it is

ORDERED that the Stipulated Motion to Dismiss With Prejudice (docket #11) is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

Dated:  February 3, 2010

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge